**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TERRY KEITH, #41231-037 | : |
| Petitioner | : |
| v. | : Civil Action No. RDB-06-1539 |
| WARDEN | : |
| Respondent | : |

oo0Ooo

**MEMORANDUM OPINION**

On June 14, 2006, the Court received correspondence from Terry Keith, a federal prisoner incarcerated at the United States Penitentiary Canaan in Waymart, Pennsylvania, requesting release of a detainer lodged against him so that he may enter a halfway house. The Court has construed the request as a *pro se* 28 U.S.C. § 2241 Petition for writ of habeas corpus and will dismiss it without prejudice.

Challenges to the execution of a prisoner's federal sentence are properly cognizable in a 28 U.S.C. §2241 habeas petition. *See, e.g., In re Vial,* 115 F.3d 1192, 1194, n. 5. (4th Cir. 1997); *United States v. Miller*, 871 F.2d 488, 490 (4th Cir.1989). Courts may grant a writ of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). In a § 2241 action, jurisdiction lies in the district court located in the district where petitioner is in custody. *See Braden v. 30th Judicial Circuit*, 410 U.S. 484, 495-500 (1973).

In this case, Petitioner is in the custody of Cameron Lindsay, Warden, USP Canaan. That facility is located within the jurisdiction of the United States District Court for the Middle District

of Pennsylvania.[1]   The Court will dismiss the instant action without prejudice so that it can be refiled in the appropriate federal district court. A separate order follows.


June 26, 2006                                             /s/
Date                                                             RICHARD D. BENNETT
                                                                 UNITED STATES DISTRICT JUDGE

---

[1]   The address is: United States District Court for the Middle District of Pennsylvania, United States Courthouse, 235 N. Washington Avenue, P.O. Box 1148, Scranton, Pennsylvania 18501.